**DISMISS; and Opinion Filed November 20, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01100-CV

## IN THE INTEREST OF J.Q., A CHILD

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-12-00702-W

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice O'Neill

This is an accelerated appeal from the trial court's order terminating appellant Janeth Quinones's parental rights. On October 18, 2013, we notified appellant that her brief in this cause was due on November 6, 2013. We also notified appellant that because this was a parental termination case, no extensions would be granted absent extraordinary circumstances. We expressly cautioned appellant that failure to timely file a brief could result in dismissal of her appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3; *see also In re G.J.O.,* 05-10–00378-CV, 2011 WL 2207094 (Tex. App.—Dallas 2011, no pet.). To date, appellant has not filed a brief or provided any explanation for her failure to do so.

Accordingly, we dismiss this appeal for want of prosecution.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

131100F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE IN THE INTEREST OF J.Q., A
CHILD

No. 05-13-01100-CV

On Appeal from the 304th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. JD-12-00702-W.
Opinion delivered by Justice O'Neill.
Justices Lang-Miers and Evans participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED** for want
of prosecution.


Judgment entered this 20th day of November, 2013.


/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE